IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: CR514-010 |
| BRIAN JAMES WILSON<br>BENJAMIN ROBERT TAYLOR<br>DUSTIN SHANE WILLIAMSON | : |

## O R D E R

The Court has been advised that the Government's Motion for Reciprocal Discovery (doc. 18) has been resolved.

Accordingly, said Motion is **DISMISSED** as moot.

**SO ORDERED**, this 2nd day of September, 2014.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE